# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TRAVIS YOUNG | ) | Case No: 3:07-671-001-MBS |
| | ) | USM No: 15438-171 |
| Date of Original Judgment: 7/26/10 | ) | |
| Date of Previous Amended Judgment: 1/23/19 | ) | Pro se |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO § 404 OF THE FIRST STEP ACT OF 2018

Upon motion of  ■ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court

for a reduction in the term of imprisonment imposed based on § 404 of the First Step Act of 2018, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

■ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant would have qualified for a reduced term of supervised release from 10 year to 8 years. However, the defendant's supervised release was revoked on January 22, 2019, and a 5-year term of supervised release was re-imposed.

Except as otherwise provided, all provisions of the judgment dated  1/23/19  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  November 21, 2019                   /s/ Margaret B. Seymour
                                                  *Judge's signature*

Effective Date: _____                    Margaret B. Seymour, Senior United States District Judge
*(if different from order date)*                  *Printed name and title*